UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP SULLIVAN JR., *on behalf of himself and all others similarly situated*,

    Plaintiff,

-against-

MARTHA STEWART LIVING OMNIMEDIA, INC.,

    Defendant.

Case No.: 18-cv-8506

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, MARTHA STEWART LIVING OMNIMEDIA, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Sarah Lightdale, Esq.
Cooley LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036-7798
Telephone: (212) 479-6374
slightdale@cooley.com

Date: 5/16/19

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street, 8th Floor
New York, NY 10011
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: May 17, 2019

SO ORDERED
_____
U.S.D.J.

May 20, 2019